Date: 08/16/10

# DIVIDENDS REMITTED TO THE COURT

Page:

R# 15080
√ # 108

Case Number 09-21942 - KILBANE, JAMIE ANNE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **American Infosource Lp As Agent for Asta-Vativ**<br>**PO Box 248838**<br>**Oklahoma City, OK 73124-8838** | 000008 | 131.05 | 4.12 |
| ---------- Remittance Total -------------- | | **131.05** | **4.12** |

MARVIN A. SICHERMAN, Trustee

FILED
10 AUG 19 PM 3:29